# EXHIBIT A



# Notice of Service of Process

**A3M / ALL**
**Transmittal Number: 20625771**
**Date Processed: 10/31/2019**

| | |
|---|---|
| **Primary Contact:** | SOP Team nwsop@nationwide.com<br>Nationwide Mutual Insurance Company<br>Three Nationwide Plaza<br>Columbus, OH 43215 |
| **Electronic copy provided to:** | Ashley Roberts |
| **Entity:** | Nationwide Mutual Insurance Company<br>Entity ID Number  3277054 |
| **Entity Served:** | Nationwide Mutual Insurance Company |
| **Title of Action:** | Mark Przybylstsi vs. Nationwide Mutual Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Morris County Superior Court, NJ |
| **Case/Reference No:** | MRS-L-002212-19 |
| **Jurisdiction Served:** | New Jersey |
| **Date Served on CSC:** | 10/30/2019 |
| **Answer or Appearance Due:** | 35 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Law Offices of Damian Christian Shammas, LLC<br>N/A |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

10-30-19

K. A.

| | |
|---|---|
| LAW OFFICES OF DAMIAN CHRISTIAN SHAMMAS, LLC<br>6 South Street, Suite 301<br>Morristown, NJ 07960<br>dcshammas@shammaslaw.com<br>Attorneys for Plaintiff | COLIN M. PAGE & ASSOCIATES<br>2001 Route 46, Suite 310<br>Parsippany, New Jersey 07054<br>T: 973-794-6188; F: 973-201-2209<br>colin@cmpemploymentlaw.com<br>Attorneys for Plaintiff |

| | |
|---|---|
| MARK PRZYBYLSKI,<br><br>     Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>     Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – MORRIS COUNTY<br><br>Docket No. MRS-L-2212-19<br><br>Civil Action<br><br>**SUMMONS** |

From The State of New Jersey To The Defendant Named Above: **Nationwide Mutual Insurance Company**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint and Jury Demand attached to this summons states the basis for this lawsuit. If you dispute this Complaint and Jury Demand, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the Complaint and Jury Demand is one in foreclosure, then you must file your written answer or

1

motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

*[signature]*
Michelle M. Smith
Clerk of the Superior Court

Dated: October 28, 2019

**Name of Defendant to Be Served:** Nationwide Mutual Insurance Company

**Address of Defendant to Be Served:** Corporation Service Company, Princeton South Corporate Center, Suite 160, 100 Charles Ewing Blvd., Ewing, New Jersey 08628

Note: The Case Information Statement is available at www.njcourts.com

## Directory of Superior Court Deputy Clerk's Offices
## County Lawyer Referral and Legal Services Offices

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 482-0618
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 696-5550
LEGAL SERVICES
(856) 691-0494

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

| | |
|---|---|
| **GLOUCESTER COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office<br>Attn: Intake<br>First Fl., Courthouse<br>1 North Broad Street<br>Woodbury, NJ 08096 | LAWYER REFERRAL<br>(800) 848-5589<br>LEGAL SERVICES<br>(856) 848-5360 |
| **HUDSON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Superior Court, Civil Records Dept.<br>Brennan Courthouse - 1st Floor<br>583 Newark Ave.<br>Jersey City, NJ 07306 | LAWYER REFERRAL<br>(201) 798-2727<br>LEGAL SERVICES<br>(201) 792-6363 |
| **HUNTERDON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division<br>65 Park Avenue<br>Flemington, NJ 08822 | LAWYER REFERRAL<br>(908) 236-6109<br>LEGAL SERVICES<br>(908) 782-7979 |
| **MERCER COUNTY:**<br>Deputy Clerk of the Superior Court<br>Local Filing Office, Courthouse<br>175 S. Broad Street, P.O. Box 8068<br>Trenton, NJ 08650 | LAWYER REFERRAL<br>(609) 585-6200<br>LEGAL SERVICES<br>(609) 695-6249 |
| **MIDDLESEX COUNTY:**<br>Deputy Clerk of the Superior Court<br>Middlesex Vicinage<br>2nd Floor - Tower<br>56 Paterson Street, P.O. Box 2633<br>New Brunswick, NJ 08903-2633 | LAWYER REFERRAL<br>(732) 828-0053<br>LEGAL SERVICES<br>(732) 249-7600 |
| **MONMOUTH COUNTY:**<br>Deputy Clerk of the Superior Court<br>Court House<br>P.O. Box 1269<br>Freehold, NJ 07728-1269 | LAWYER REFERRAL<br>(732) 431-5544<br>LEGAL SERVICES<br>(732) 866-0020 |
| **MORRIS COUNTY:**<br>Morris County Courthouse<br>Civil Division<br>Washington and Court Streets<br>P. O. Box 910<br>Morristown, NJ 07963-0910 | LAWYER REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(973) 285-6911 |
| **OCEAN COUNTY:**<br>Deputy Clerk of the Superior Court<br>118 Washington Street, Room 121<br>P.O. Box 2191<br>Toms River, NJ 08754-2191 | LAWYER REFERRAL<br>(732) 240-3666<br>LEGAL SERVICES<br>(732) 341-2727 |

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079

LAWYER REFERRAL
(856) 935-5629
LEGAL SERVICES
(856) 691-0494

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, NJ 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(908) 859-4300
LEGAL SERVICES
(908) 475-2010

LAW OFFICES OF DAMIAN CHRISTIAN
SHAMMAS, LLC
6 South Street, Suite 301
Morristown, NJ 07960
dcshammas@shammaslaw.com
Attorneys for Plaintiff

COLIN M. PAGE & ASSOCIATES
2001 Route 46, Suite 310
Parsippany, New Jersey 07054
T: 973-794-6188; F: 973-201-2209
colin@cmpemploymentlaw.com
Attorneys for Plaintiff

| MARK PRZYBYLSKI, | SUPERIOR COURT OF NEW JERSEY |
| --- | --- |
| Plaintiff, | LAW DIVISION – MORRIS COUNTY |
| v. | Docket No. |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | Civil Action |
| Defendant. | **COMPLAINT** |

1. The Plaintiff, Mark Przybylski ("Przybylski"), states by way of Complaint against the Defendant, Nationwide Mutual Insurance Company ("Nationwide"):

## THE PARTIES

2. Przybylski resides at 10 Mulford Avenue in the Township of East Hanover and the County of Morris.

3. Nationwide is an insurance company that is headquartered in Columbus, Ohio.

## JURISDICTION

4. This court has jurisdiction over Nationwide due to its extensive business contacts with the state.

1

## VENUE

5. Venue is proper as Morris County is the county in which Plaintiff resides.

## FACTUAL ALLEGATIONS

6. Przybylski began working for Nationwide as an insurance adjuster on or about April, 2015.

7. Przybylski's duties involved inspecting vehicles that were involved in accidents in order to make liability assessments.

8. At all times during his employment with Nationwide, Przybylski was paid an hourly wage and was classified as non-exempt and entitled to overtime compensation.

9. At all relevant times, Nationwide's stated policy was to pay Przybylski his full hourly rate for all hours worked plus an additional overtime premium equivalent to one-half of his regular rate for each hour worked over forty.

10. Przybylski was given a heavy caseload and short deadlines that regularly required him to work more than forty hours per week.

11. Upon information and belief, other insurance adjusters in his region also regularly worked more than forty hours per week.

12. Przybylski and other insurance adjusters raised the issue of working overtime with their regional manager.

13. Przybylski's regional manager acknowledged that he knew the adjusters / appraisers were regularly working more than forty hours per week and told him and other adjusters that there was not money in the budget for overtime and forbid them from reporting more than forty hours per week. He told them they should keep track of their actual hours and he would make up the pay they were owed when there was a CAT Code event such as a hurricane or major storm.

2

14. Przybylski understood that the regional manager meant that there was much less scrutiny of the CAT Code budget after a major weather event in the region and that the regional manager would then authorize payment for overtime hours worked during that period.

15. However, when there were major weather events that dramatically increased the hours that Przybylski had to work, he was only paid for the actual hours he worked and the regional manager did not allow him to put in hours that he had worked previously.

16. The regional manager kept promising Przybylski and the other adjusters that he would make up there hours later.

17. Eventually Przybylski became frustrated with the continual delays and made a complaint for unpaid wages and overtime pay to Nationwide's human resources department.

18. Nationwide began an investigation of Przybylski's claims for unpaid wages.

19. On or about February 22, 2019, Przybylski left his employment with Nationwide.

20. Przybylski continued to cooperate with Nationwide's investigation of his pay claims.

21. On or about July 26, 2019, Nationwide paid $51,924.58 to Przybylski for unspecified unpaid wages.

22. The amount paid was less than Przybylski claimed he was owed for the two years at issue and did not compensate him for any unpaid wages or overtime pay for time worked prior to 2017.

## CLAIM ONE – WAGE THEFT

23. Plaintiff repeats and realleges the allegations set forth above as if set forth at length herein.

24. At all relevant times, Defendant promised to pay Plaintiff a specified hourly rate for all hours worked ("straight-time pay").

3

25. At all relevant times, Defendant promised to pay an additional overtime premium of one-half times Plaintiff's regular rate of pay for all hours worked over forty in a week ("overtime pay").

26. Throughout his employment, Defendant directed Plaintiff not to enter all hours worked over forty in a week and Defendant knowingly failed to pay Plaintiff both his straight-time pay and overtime pay for all hours worked.

27. Plaintiff made a claim to Defendant for unpaid wages following the termination of his employment.

28. Defendant investigated his claims and paid part of his unpaid wages but refused to pay the full amount of unpaid wages owed in violation of New Jersey Wage Payment Law and the New Jersey Wage Theft Act.

**WHEREFORE**, Plaintiff demands judgment against Defendant and seeks damages for unpaid wages, liquidated damages, interest, attorney's fees, costs of suit, and such other relief that the Court may deem just and proper.

## CLAIM TWO – FAILURE TO PAY OVERTIME

29. Plaintiff repeats and realleges the allegations set forth above as if set forth at length herein.

30. Defendants violated the Fair Labor Standards Act ("FLSA") and the New Jersey Minimum Wage Act ("NJMWA") by failing to pay Plaintiff overtime pay at one and one-half times Plaintiff's regular rate of pay for all hours worked over forty in a week.

31. Plaintiff made a claim to Defendant for unpaid wages following the termination of his employment.

4

32. Defendant investigated his claims and paid part of his unpaid overtime but refused to pay the full amount of unpaid overtime owed in violation of the Fair Labor Standards Act ("FLSA") and the New Jersey Minimum Wage Act ("NJMWA").

33. The Defendant's failure to pay overtime pay was willful.

**WHEREFORE**, Plaintiff demands judgment against Defendant and seeks damages for unpaid overtime, liquidated damages, interest, attorney's fees, costs of suit, and such other relief that the Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff demands a trial by jury on all issues.

## DESIGNATION OF TRIAL COUNSEL

Colin M. Page and Damian Christian Shammas are hereby designated as trial counsel in this matter.

LAW OFFICES OF DAMIAN
CHRISTIAN SHAMMAS, LLC
Attorneys for Plaintiff

Date: October 14, 2019

Damian Christian Shammas (014731999)

COLIN M. PAGE & ASSOCIATES
Attorneys for Plaintiff

Date: October 14, 2019

Colin M. Page (046401998)

5

## CERTIFICATION PURSUANT TO R. 4:5-1

I am counsel for Plaintiff in this matter. To the best of my knowledge, the matter in controversy is not the subject of any other action pending in any court or arbitration proceeding, and no other action or arbitration proceeding is contemplated, and no other parties should be joined to this action.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

**LAW OFFICES OF DAMIAN CHRISTIAN SHAMMAS, LLC**
Attorneys for Plaintiff

Date: October 14, 2019

_____
Damian Christian Shammas (014731999)

**COLIN M. PAGE & ASSOCIATES**
Attorneys for Plaintiff

Date: October 14, 2019

_____
Colin M. Page (046401998)

6

MRS-L-002212-19   10/14/2019 3:15:02 PM   Pg 1 of 1 Trans ID: LCV20191872499

# Civil Case Information Statement

## Case Details: MORRIS | Civil Part Docket# L-002212-19

**Case Caption:** PRZYBYLSKI MARK VS NATIONWIDE MUTUAL IN SURANCE
**Case Initiation Date:** 10/14/2019
**Attorney Name:** DAMIAN CHRISTIAN SHAMMAS
**Firm Name:** DAMIAN CHRISTIAN SHAMMAS, LLC
**Address:** 6 SOUTH ST STE 301
MORRISTOWN NJ 07960
**Phone:** 9739988500
**Name of Party:** PLAINTIFF : Przybylski, Mark
**Name of Defendant's Primary Insurance Company (If known):** Unknown

**Case Type:** EMPLOYMENT (OTHER THAN CEPA OR LAD)
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? YES

If yes, is that relationship: Employer/Employee

Does the statute governing this case provide for payment of fees by the losing party? YES

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:


Do you or your client need any disability accommodations? NO
   If yes, please identify the requested accommodation:


Will an interpreter be needed? NO
   If yes, for what language:


Please check off each applicable category: Putative Class Action? NO     Title 59? NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

10/14/2019                                         /s/ DAMIAN CHRISTIAN SHAMMAS
Dated                                                                       Signed